IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMAN EDUCATION AND TRAINING, LOCAL 130, U.A., PLUMBERS' RETIREMENT SAVINGS PLAN FUND, LOCAL 130, U.A., and the PLUMBERS' DEFINED CONTRIBUTION FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARBONE PLUMBING, INC.,<br><br>    Defendant. | Case No.: 23 CV 3492<br><br>Judge:<br><br>Magistrate: |

## COMPLAINT

Plaintiffs, the PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al., by their attorney, Andrew S. Pigott, and the law firm of Gregorio, Stec, Klein & Hosé, complain of Defendant, CARBONE PLUMBING, INC. ("CARBONE"), stating as follows:

1. This action arises under Section 301 of the Taft-Hartley Act. (29 U.S.C. §185). Jurisdiction lies on the existence of questions arising thereunder.

2. The PLUMBERS' PENSION FUND, LOCAL 130, U.A, et. al. (collectively, "FUNDS") receive contributions from numerous employers pursuant to Collective Bargaining

3. Agreements ("CBAs") between the employers and the CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., ("Local 130").

4. The FUNDS are multi-employer plans as defined under 29 U.S.C. §1002, and are intended third-party beneficiaries of the CBAs.

5. The FUNDS are administered in Chicago, Illinois, and CARBONE's primary place of business is in Lemont, Illinois, so that venue is proper in the Northern District of Illinois.

5. CARBONE is an employer engaged in an industry affecting commerce, namely, commercial plumbing, that entered into CBAs with Local 130.

6. The CBAs also bound CARBONE to the provisions of the Agreements and Declarations of Trust creating the FUNDS ("Trust Agreements").

7. Under the CBAs and Trust Agreements, CARBONE must contribute to the FUNDS for each hour worked by its employees performing work covered by the CBA.

8. The CBAs and Trust Agreements provide that employers who do not timely contribute are also liable for liquidated damages and interest.

9. CARBONE incurred liquidated damages and interest, by untimely paying its contributions to the Funds, as follows:

| **Contribution Period End Date** | **Liquidated Damages & Interest Due** |
|---|---|
| 1/31/19 | $2672.78 |
| 2/28/19 | 3512.01 |
| 3/31/19 | 5419.19 |
| 4/30/19 | 3933.13 |
| 5/31/19 | 4515.53 |
| 6/30/19 | 3675.41 |
| 7/31/19 | 3357.15 |
| 8/31/19 | 4053.66 |
| 9/30/19 | 2904.33 |
| 11/30/19 | 3498.05 |
| 3/31/20 | 2,724.15 |
| 4/30/20 | 116.18 |
| 5/31/20 | 1780.58 |
| 6/30/20 | 1707.61 |
| 7/31/20 | 3392.9 |
| 8/31/20 | 3129.07 |
| 9/30/20 | 2574.90 |
| 10/31/20 | 2430.19 |
| 11/30/20 | 2463.31 |
| 12/31/20 | 2202.07 |
| 1/31/21 | 1986.22 |
| 3/31/21 | 2651.83 |
| 4/30/21 | 2819.62 |
| 5/31/21 | 3916.05 |
| 6/30/21 | 5731.95 |
| 7/31/21 | 5663.26 |
| 8/31/21 | 5,220.64 |

| | |
|---|---|
| 9/30/21 | 6539.41 |
| 10/31/21 | 9104.35 |
| 11/30/21 | 6718.38 |
| 12/31/21 | 5868.24 |
| 1/31/22 | 7098.63 |
| 2/28/22 | 4702.14 |
| 3/31/22 | 7265.70 |
| 4/30/22 | 6355.79 |
| 5/31/22 | 4913.68 |
| 6/30/22 | 4116.53 |
| 7/31/22 | 8515.61 |
| 8/31/22 | 7653.26 |
| **TOTAL:** | **$174,260.43** |

10. CARBONE has not paid any portion of its accumulated liquidated damages and interest to the FUNDS.

WHEREFORE, Plaintiffs ask this Court to:

A. Enter a money judgment against CARBONE in the amount of $174,260.43.

B. Award the FUNDS their attorney fees and costs pursuant to the CBAs and Trust Agreements.

C. Grant the Funds such other and further relief as by the Court may deem just and equitable.

Respectfully submitted,
**PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.**

By: ___/s/ Andrew S. Pigott__
One of Their Attorneys

Gregory W. Hosé
Andrew S. Pigott (ARDC# 6278244)
John P. Festa
**Gregorio, Stec, Klein & Hosé**
2 N. LaSalle St., Suite 1650
Chicago, IL 60602
312/263-2343
apigott@gregoriolaw.com