## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PLUMBERS' PENSION FUND, LOCAL 130, U.A., *et al.*, ) | |
| ) | Case No.: 23 CV 3492 |
| Plaintiffs, ) | |
| ) | Judge: Gottschall |
| v. ) | |
| ) | Magistrate: Jantz |
| CARBONE PLUMBING, INC., ) | |
| ) | |
| Defendant. ) | |

### *NOTICE OF STIPULATION OF DISMISSAL*

THE PARTIES, by and through their attorneys, pursuant to FRCP 41(a)(1)(A)(ii), hereby provide their Notice of Stipulation of Dismissal stating as follows:

1. The Parties have agreed to and executed a written settlement agreement with respect to Plaintiffs' claims in this suit.

2. The Parties stipulate to the dismissal of this action with prejudice, each side to bear its own costs.

Respectfully submitted,

| | |
|---|---|
| **PLUMBERS' PENSION FUND, LOCAL 130, U.A., et al.** | **CARBONE PLUMBING, INC.** |
| By: /s/ Andrew S. Pigott | By: /s/ Irving M. Geslewitz |
| One of Their Attorneys | One of Its Attorneys |
| **Gregorio, Stec, Klein & Hosé** | **Much Shelist, P.C.** |
| 2 N. LaSalle St., Suite 1650 | 191 North Wacker Drive, Suite 1800 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| 312/263-2343 | 312.521.2414 |
| apigott@gregoriolaw.com | igeslewitz@muchlaw.com |