# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Plumbers' Pension Fund, Local 130, U.A, et al.

                                          Plaintiff,

v.                                                           Case No.: 1:23–cv–03492
                                                                  Honorable Joan B. Gottschall

Carbone Plumbing, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 11, 2024:

       MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation [43] of dismissal, this case is dismissed with prejudice. Plaintiffs' motion [22] for summary judgment is denied as moot. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.